STATE OF NEW JERSEY v. WALTER SINGLETON.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROSIE MALDONADO.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SANDERS.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN DEPKA.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL A. CARTER.

April 28, 1987.

Petition for certification denied.